UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN RE: AIR CRASH NEAR CLARENCE CENTER,
NEW YORK, ON FEBRUARY 12, 2009,

**ORDER**
09-md-2085

This document relates to:
ALL CASES

On April 2, 2012, Defendants Pinnacle Airlines Corp. and Colgan Air, Inc. filed a Notice of Suggestion of Bankruptcy (Docket No. 980) indicating that they filed voluntary petitions for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York on April 1, 2012. Accordingly, as to Defendants Pinnacle Airlines Corp. and Colgan Air, Inc., this case is automatically stayed pursuant to 11 U.S.C. § 362(a).

Plaintiffs and the remaining defendants shall file briefs explaining their positions concerning the scope of the bankruptcy stay and whether it stays this entire case or only those portions of the case directly involving Defendants Pinnacle Airlines Corp. and Colgan Air, Inc. In particular, the parties shall address whether document and ESI production can be completed by Continental Airlines, Inc. and Bombardier, Inc./Bombardier Aerospace Corp. while the bankruptcy stay relating to Defendants Pinnacle Airlines Corp. and Colgan Air, Inc. is in place.

IT HEREBY IS ORDERED, that pursuant to the stay provisions of 11 U.S.C. § 362(a), this case is STAYED as to Defendants Pinnacle Airlines Corp. and Colgan Air, Inc.

FURTHER, that Plaintiffs shall file their brief (described above) by April 25, 2012.

FURTHER, that the remaining defendants shall file their briefs (or one collective brief) by May 2, 2012.

SO ORDERED.

Dated: April 17, 2012
       Buffalo, New York

/s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court
